**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRESTIGE INSTITUTE FOR PLASTIC SURGERY, P.C., and KEITH M. BLECHMAN, M.D., P.C., on behalf of PATIENT HG,<br><br>Plaintiffs,<br><br>v.<br><br>KEYSTONE HEALTHPLAN EAST, BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS, and SIEMENS CORPORATION GROUP INSURANCE AND FLEXIBLE BENEFITS PROGRAM<br><br>Defendants. | Civ. No. 20-496 (KM) (ESK)<br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

Before the Court are the motions (DE 23, DE 24) of Defendants Keystone Healthplan East, and Blue Cross of California, d/b/a Anthem Blue Cross to dismiss the Amended Complaint (DE 11) of Plaintiffs Prestige Institute for Plastic Surgery, P.C. and Keith M. Blechman, M.D., P.C. The Court having considered the papers in support and in opposition (DE 23, DE 24-1; DE 28; DE 31; DE 32; DE 45; DE 46) and decided the motions without oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 30th day of November, 2020

**ORDERED** that defendants' motions (DE 23, DE 24) are GRANTED insofar as the Amended Complaint is DISMISSED for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

This dismissal is entered without prejudice to the filing, within 30 days, of a properly supported motion to amend the Complaint. The clerk shall close the file.

/s/ Kevin McNulty

_____

KEVIN MCNULTY
United States District Judge